IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02975-WJM-KLM

GONZALO PEREZ, and all others similarly situated,

 Plaintiff,

v.

DOUGLAS COUNTY SHERIFF DEPT.,
GRAND COUNTY SHERIFF DEPT.,
CITIES OF WINTER PARK - FRASER POLICE DEPT.,
DENVER COUNTY SHERIFF DEPT.,
CITY OF DENVER POLICE DEPT.,
ADAMS COUNTY SHERIFF DEPT.,
AURORA POLICE DEPARTMENT,

 Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on **Plaintiff's Motion to Amend and Update Complaint** [Docket No. 6; Filed December 14, 2011] and **Plaintiff's "Emergency Motion for Stay of Execution"** [Docket No. 8; Filed December 14, 2011].

 IT IS HEREBY **ORDERED** that the Motion to Amend [#6] is **DENIED WITHOUT PREJUDICE**. If Plaintiff intends to file an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1), he must file a complete Amended Complaint as a separate document using the appropriate form available on the Court's website, at http://www.cod.uscourts.gov/RepresentingYourself.aspx. The Court will not permit piecemeal amendment of the Complaint. Further, the Court notes that only one plaintiff is identified in the case caption of the Complaint, but ten individuals are identified as plaintiffs on the signature page. [#1] at 5. Any person signatory to the Complaint as a plaintiff must be identified as a plaintiff in the case caption of the Complaint.

 IT IS FURTHER **ORDERED** that the "Emergency Motion" [#8] is **DENIED WITHOUT PREJUDICE**. If Plaintiff is seeking injunctive relief pursuant to Fed. R. Civ. P. 65, he must file a motion compliant with Fed. R. Civ. P. 65 and D.C.COLO.LCivR 65.1. Liberally construing Plaintiff's request, the Court notes that Plaintiff provides no legal authority

indicating that this Court has jurisdiction over a state criminal proceeding, nor does Plaintiff state a clear request for relief.

The Court additionally reminds Plaintiff that, pursuant to the District Judge's Order entered November 21, 2011 [#4], service on all defendants must be completed by **December 21, 2011**.

Dated:  December 19, 2011